UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 3:02CR263-ALL (DJS) |
| | : | |
| V. | : | |
| | : | |
| HARRY N. ZARKOS, JR. | : | DECEMBER 7, 2004 |

**MOTION FOR RETURN OF PROPERTY PURSUANT TO RULE 41(g) FRCP**

The defendant respectfully moves the Court to enter an order returning those items highlighted on the attached "Receipt for Property Received." Except for the blackjacks and stars, Assistant United State's Attorney Anthony E. Kaplan has no objection to the return of such property.

                THE DEFENDANT
                HARRY N. ZARKOS, JR.


        BY:_____
                HUGH F. KEEFE, ESQ.
                Federal Bar No. ct05106
                Nancy A. Fitzpatrick, Esq.
                Federal Bar. No. ct 24353
                Lynch, Traub, Keefe & Errante
                52 Trumbull Street, P.O. Box 1612
                New Haven, CT 06506
                (203) 787-0275

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\19500-19999\19793 M. ZARKOS\001 CR USDC - HFK\MOTION FOR RETURN OF PROEPRTY - DAP 12-7-04.DOC

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on December 17, 2004, to all counsel and pro se parties of record as follows:

Anthony E. Kaplan, Esq.
Assistant United States Attorney
157 Church Street
P.O. Box 1824
New Haven, CT 06508

_____
Hugh F. Keefe, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\19500-19999\19793 M. ZARKOS\001 CR USDC - HFK\MOTION FOR RETURN OF PROEPRTY - DAP 12-7-04.DOC