**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | 3:02CR263 (DJS) |
| | : | |
| **HARRY N. ZARKOS, JR.** | : | |

<u>ORDER</u>

Defendant's motion for return of property (dkt. # 34) is **GRANTED** as to all items except the blackjacks and stars.  With respect to the blackjacks and stars, defendant's motion is **DENIED without prejudice** to his demonstrating to the court how he may lawfully take possession of such items.  <u>See</u> Conn. Gen. Stat. § 53-206(a).

**SO ORDERED** at Hartford, Connecticut, this 14th day of January, 2005.


/s/DJS
_____
DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE