UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**    :
                                :
**v.**                          :    3:02CR263 (DJS)
                                :
**HARRY N. ZARKOS, JR.**        :

### AMENDED ORDER

Defendant's motion for return of property (dkt. # 34) is **GRANTED** as to all items requested in defendant's motion except the blackjacks and stars.  With respect to the blackjacks and stars, defendant's motion is **DENIED without prejudice** to his demonstrating to the court how he may lawfully take possession of such items.  See Conn. Gen. Stat. § 53-206(a).

**SO ORDERED** at Hartford, Connecticut, this 21st day of January, 2005.

/s/DJS
_____
DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE