UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | DOCKET NO. 3:02CR263-ALL (DJS) |
|---|---|---|
| | : | |
| V. | : | |
| | : | |
| HARRY N. ZARKOS, JR. | : | FEBRUARY 18, 2005 |

**MOTION FOR RETURN OF PROPERTY PURSUANT TO RULE 41(g) FRCP**

The defendant respectfully moves the Court to enter an order returning the Property Bond Package including the properties 65 Celentano Drive, Naugatuck, CT and 75 Wadsworth Avenue, #103, Hamden, CT as per the attached exhibit A, letter from the United States District Court, Deputy Chief Clerk's Office, Kevin F. Rowe, Clerk dated February 14, 2005.

                                                    THE DEFENDANT
                                                    HARRY N. ZARKOS, JR.

                                      BY:_____
                                              HUGH F. KEEFE, ESQ.
                                              Federal Bar No. ct05106
                                              Lynch, Traub, Keefe & Errante
                                              52 Trumbull Street, P.O. Box 1612
                                              New Haven, CT 06506
                                              (203) 787-0275

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\19500-19999\19793 M. ZARKOS\001 CR USDC - HFK\MOTION FOR RETURN OF PROEPRTY - 2-17-05 BQ.DOC

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on February 18, 2005, to all counsel and pro se parties of record as follows:

Anthony E. Kaplan, Esq.
Assistant United States Attorney
157 Church Street
P.O. Box 1824
New Haven, CT 06508

_____
Hugh F. Keefe, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\19500-19999\19793 M. ZARKOS\001 CR USDC - HFK\MOTION FOR RETURN OF PROEPRTY - 2-17-05 BQ.DOC