UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.                                  Case Number:   3:02CR263-ALL(DJS)

HARRY N. ZARKOS, JR.

**ENDORSEMENT ORDER**

Doc. #37  Motion for Return of Property Pursuant to Rule 41(g) FRCP. **GRANTED.**

So ORDERED.

Dated at Hartford, Connecticut, February 23,2005.

/s/
Dominic J. Squatrito
U.S. District Judge