UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Crim. No. 3:02CR263 (DJS) |
| HARRY N. ZARKOS : | AUGUST 11, 2008 |

GOVERNMENT'S MOTION FOR ORDER
TO DESTROY FIREARM(S) / AMMUNITION/PROPERTY

    The United States, by and through its undersigned attorney, seeks an order of the Court authorizing the Federal Bureau of Investigation ("FBI") to destroy the firearms(s) and/or ammunition and/or property listed on the attached Collected Items for FBI Case Id266A-NH-42050  The government submits the following in support of this motion:

    1. The firearm(s)/ammunition has come into the possession of the FBI as evidence during the course of the now-resolved criminal case.  The continued retention of the firearms/ammunition/property in the agency's New Haven Office poses an ever-increasing problem with regard to proper security for the firearms/ammunition and the space available for other duties of this office.

    2. The FBI's established procedure is to dispose of all unlawfully possessed firearms no longer of evidentiary value by forwarding them to the FBI Laboratory in Washington, D.C., for destruction.

    3. The firearm(s)/ammunition in this case is either an illegal firearm per se, or if not illegal per se, was used in connection with a crime, or was not lawfully registered, or cannot be returned to the owner because of a felony conviction

    4. The firearm(s)/ammunition/property were obtained by the FBI in connection with the above-captioned matter. In that connection, on March 5, 2004, the defendant pled guilty to count

one of an indictment charging him with possessing illegal firearms, specifically, two sawed-off shotguns. On July 25, 2003, the defendant was sentenced to 18 months' incarceration to be followed by three years of supervised release. On December 24, 2004, the defendant moved for the return of certain of the property seized during the investigation of this matter. On January 21, 2005, the Court granted the motion in part and denied it in part as related to blackjacks and stars.

5. The undersigned has been advised by Hugh Keefe, Esq., attorney for the defendant, who indicates that, given the Court's decision on the defendant's motion to return property, he has no objection to this motion.

Wherefore, the government respectfully requests that this Court, in the exercise of its general supervisory powers, issue an order authorizing the destruction of the firearm(s)/ammunition/property.

Respectfully submitted,

NORA R. DANNEHY
ACTING UNITED STATES ATTORNEY

ANTHONY E. KAPLAN
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct08083
157 Church Street, 23d Floor
New Haven, CT 06510
(203) 821-3700

## CERTIFICATE OF SERVICE

The foregoing "Government's Motion for Order to Destroy Firearm(s)/Ammunition" was mailed, postage prepaid, this 11th day of August, 2008, to

Hugh F. Keefe, Esq.
Lynch Traub Keefe & Errante PC
52 Trumbull Street
PO Box 1612
New Haven, Ct. 06506-1612

_____
ANTHONY E. KAPLAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Crim. No. 3:02CR263 (DJS |
| HARRY N. ZARKOS, JR. : | |

ORDER

The Government's motion for destruction of firearm(s)/ ammunition/property having been reviewed, without objection by counsel for the defendant, and good cause having been shown,

IT IS HEREBY ORDERED that the Federal Bureau of Investigation is directed to forward the firearms(s) and/or ammunition and/or property identified in the Government's motion to the FBI Laboratory in Washington, D.C. for destruction in accordance with its established procedure.

SO ORDERED this _____ day of _____, 2008 at Hartford, Connecticut.

_____
DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE

```
07/25/08                      Collected Items for a Case                              ICMIPR05
11:11:58                       Case ID: 266A-NH-42050                                 PAGE    1
                              Collected Item Type: All
                               Category Type: 1B

Cat/Num                              Acquired/    Charged Out To/     Contributor/
Barcode   Office and Storage Location  Type Chrged Out   Reason        Description
------------------------------------------------------------------------------------
1B1       NH ECC1   WALL1     S5       G   09/25/2002                 WILLIAM PACHIERI ESQ
E04019382                                                             MISC. AMMO (BOX 1); MIXED AMMO( BOX 2); (BOX 3) 3 BLACK JACK
                                                                      ; 3 STARS; ONE CLIP; ONE BOX OF AMMO; 2 MAGAZINE SHOTGUN SHE
                                                                      LLS (BOX 5); ONE BATON, .RAZOR(BOX 6); .3X.22 LONG 1X22 BALL
                                                                      (BOX 7A-7D); MIXED AMMO (BOX 8) ; MIXED AMMO AND MAGS (BOX
                                                                      10); GREEN AMMO CAN WITH MIXED AMMO (BOX 11);
                                                                      SHOTGUN AMMO (BOX 12) GREEN AMMO CAN 1X6 MAG/AMMO (13A & B);
                                                                      MIXED AMMO 2 MAGS (BOX 14); 11 AMMO CARRIERS (17A-17K)

1B2       NH ECC1   GUNCAB5   S1       F   09/25/2002                 WILLIAM S. PACHIERI ESQ
E01901808                                                             ONE DAKOTA REVOLVER S/N CAT1446 .44/40W ; THREE PELLET GUNS
                                                                      (2 RIFLE AND 1 REVOLVER STYLE)
                                                                      ........** RIFLES GUNCAB5 S3 **

1B4       NH ECC1   GUNCAB5   S3       F   01/15/2003                 CSP LAB
E01901932                                                             ONE REMINGTON SHOTGUN MODEL 870 SERIAL # W641478M
                                                                      BOX #1

1B5       NH ECC1   WALL1     S3       F   01/15/2003                 ONE SAVAGE ARMS SHOTGUN SERIAL # A703757
E01901934                                                             BOX #2
                                                                      CSP LAB
                                                                      ITEMS E-9, 2D1 AND 2D2, SHOTGUN PARTS AND TWP METAL SAWS

1B6       NH ECC1   WALL1     S3       F   04/10/2003                 DA DONNELLY - FROM HARRY ZARKOS SEARCH WARRANT
E02119184                                                             ONE BOX FOR RAVEN ARMS; ONE SILENCER; SHOTGUN PARTS; TWO SA
                                                                      WS; CT. STATE POLICE SIGNS; 4 .380 ROUNDS; SBC BILL; PISOL P
                                                                      ERMIT
```

```
07/25/08                          Collected Items for a Case                    ICMIPR05
11:11:58                            Case ID: 266A-NH-42050                      PAGE    2
                                  Collected Item Type: All
                                    Category Type: 1B

Cat/Num                             Acquired/       Charged Out To/    Contributor/
Barcode  Office and Storage Location  Type Chrged Out     Reason       Description
-------  ---------------------------  ---- ----------     ------       ------------
 1B7     NH ECC1    GUNCAB5    S3      F   04/10/2003                  SA DONNELLY FROM SEARCH WARRABTHARRY ZARKOS
E02119185                                                              ONE MOSSBERG MDL 600 12 G. S/N # H185217; MK ARMS SUB MACHI
                                                                       NE GUN S/N #5395; UNIVERSAL RIFLE S/N # 155169; ONE NORINC
                                                                       O ARMS T.62 CAL RIFLE S/N #11001; FIE CORP. TITAN PISTOL
                                                                       .25 SUTO S/N # D952322; LORICN MDL L25 .25 CAL. S/N # 2117
                                                                       70; COLT .45 GOVT. MDL S/N # 70B46380; SWD M-11 9MM GUN
                                                                       S/N # 85-0002515; MILITARY ARM MDL. INGRAM M-10 .45 CAL
                                                                       S/N # 13001475; REMINGTON MDL 80 .22 CALIBER RIFLE S/N #
                                                                       NOT VISIBLE; SANAGE ARMS MDL 65 .22 CALIBER RIFLE S/N # A210
                                                                       877; REMINGTON MDL 7 .22 CAL. RIFLE S/N # 2162369; NE ARMS
                                                                       MDL. SB1 110 G. SHOTGUN S/N #227121; STRUM RUGER MDL. M-77
                                                                       458 RIFLE S/N #7444453, WINCHESTER MOSSBERG 02A .22 CAL. S.N
                                                                       # NOT VISIBLE; FLASH SUPPRESSOR, MOSSBERG MDL 500 AT SHOTG
                                                                       UN S/N # 787153; WINCHESTER M200 12G S/N # P350183; COLT
                                                                       38 S./N # 705208; ITHACA MDL 37 12 GAUGE S/N # 371886646; U
                                                                       SED ROCKET LAUNCHER S/N # 111237; NORTH AMERICAN ARMS .22
                                                                       RIFLE S/N # GT0563, 2 HOLLOWED OUT, INERT GRENADES
```